Thomas M. Downey, State Bar No. 142096
Derek H. Lim, State Bar No. 209496
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666

E-Mail:   tdowney@burnhambrown.com
          dlim@burnhambrown.com

Attorneys for Defendant
RITE AID CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SALWA SANANY ALAUBALI and BARAKA SANANY, as Guardian ad Litem for BASIL ALAUBALI, a minor, AMIRAH ALAUBALI, a minor, and BADER ALAUBALI, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION, a Delaware corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | No. C-06-05787 SBA (JCS)<br><br>**STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINE AND EXPERT DISCOVERY CUT-OFF DATE**<br><br>Complaint Filed: July 14, 2006<br>Trial Date: December 3, 2007 |

Plaintiffs Salwa Sanany Alaubali; Baraka Sanany (Guardian ad Litem); Basil Alaubali; Amirah Alaubali; and Bader Alaubali ("Plaintiffs") and Defendant Rite Aid Corporation ("Defendant") hereby stipulate by and through their undersigned counsel of record to continue the following expert discovery deadlines in the above matter:

| | Event | Current Deadline | Proposed Deadline |
|---|---|---|---|
| 1 | | | |
| 2 | Expert disclosures | September 1, 2007 | September 18, 2007 |
| 3 | Expert discovery cut-off | September 30, 2007 | October 9, 2007 |

The remaining dates in the Court's January 10, 2007 Scheduling Conference Order and June 14, 2007 Order continuing certain dates will remain intact.

The parties have been diligently proceeding with discovery in this matter. A continuance of the aforementioned dates is requested because the expert disclosure deadline is currently set for September 1, prior to the close of discovery on September 15. For purposes of judicial economy and efficiency, the parties seek to continue the date to disclose experts until after the close of discovery. Further, the parties seek to extend the date to complete expert discovery. The parties anticipate that this will reduce the need for supplemental disclosures.

DATED: August 21, 2007

BURNHAM BROWN

DEREK H. LIM
Attorneys for Defendant
RITE AID CORPORATION

DATED: August 21, 2007

NISSENBERG & ASSOCIATES

By
DAVID N. NISSENBERG
Attorneys for Plaintiffs
SALWA SANANY ALAUBALI and BARAKA SANANY, as Guardian ad Litem for BASIL ALAUBALI, a minor, AMIRAH ALAUBALI, a minor, and BADER ALAUBALI, a minor,

**ORDER**

Having reviewed the STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINE AND EXPERT DISCOVERY CUT-OFF DATE, and good cause appearing therefore, IT IS HEREBY ORDERED:

That Expert Disclosures will now take place on September 18, 2007, and the Expert Discovery Cut-off will now be October 9, 2007. The remaining dates identified in the Court's January 10, 2007 Scheduling Conference Order and June 14, 2007 Order continuing certain dates shall remain intact.

DATED: 9/4/07

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Court Judge

819316

STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINE AND EXPERT DISCOVERY CUT-OFF DATE

No. C-06-05787 SBA (JCS)