Thomas M. Downey, State Bar No. 142096
Derek H. Lim, State Bar No. 209496
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666

E-Mail:        tdowney@burnhambrown.com
               dlim@burnhambrown.com

Attorneys for Defendant
RITE AID CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SALWA SANANY ALAUBALI and BARAKA SANANY, as Guardian ad Litem for BASIL ALAUBALI, a minor, AMIRAH ALAUBALI, a minor, and BADER ALAUBALI, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION, a Delaware corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | No. C-06-05787 SBA (JCS)<br><br>**STIPULATION AND ORDER TO CONTINUE MOTION HEARING CUT-OFF DATE AND MANDATORY SETTLEMENT CONFERENCE DATE**<br><br>Complaint Filed:  July 14, 2006<br>Trial Date:  December 3, 2007 |

Plaintiffs Salwa Sanany Alaubali; Baraka Sanany (Guardian ad Litem); Basil Alaubali; Amirah Alaubali; and Bader Alaubali ("Plaintiffs") and Defendant Rite Aid Corporation ("Defendant") hereby stipulate by and through their undersigned counsel of record to continue the following deadlines and/or dates in the above matter:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Motion Hearing Cut-Off | October 9, 2007 | Next Available Hearing Date |
| MSC | October 10-18, 2007 | October 18 – 25, 2007 |

1

1   On June 14, 2007, the Court set the Motion Hearing Cut-Off for October 9, 2007. On

2   August 22, 2007, approximately two (2) weeks in advance of the motion filing deadline, Rite

3   Aid Corporation ("RAC") was prepared to file its Motion for Summary Judgment, or in the

4   alternative, Motion for Summary Adjudication ("MSJ"). In accordance with Judge Armstrong's

5   standing orders, RAC checked the Court's website and learned that Judge Armstrong's next

6   available hearing date was October 16, 2007.[1] The October 16, 2007 hearing date is one week

7   past the current Motion Hearing Cut-Off. In light of the foregoing, the parties hereby stipulate

8   and request that the Court extend the Motion Hearing Cut-Off deadline from October 9, 2007 to

9   the next available hearing date.

10   Further, the parties request a one (1) week extension of time to proceed with the

11   Mandatory Settlement Conference ("MSC"). Following the parties unsuccessful mediation with

12   Craig Needham. Esq., the parties believe that it would be beneficial to have RAC's MSJ heard

13   prior to the MSC.

14   DATED: August 22, 2007                    BURNHAM BROWN

15

16                                            By

17                                               DEREK H. LIM
                                                 Attorneys for Defendant
18                                               RITE AID CORPORATION

19

20   DATED: August 22, 2007                   NISSENBERG & ASSOCIATES

21

22                                            By

23                                               DAVID N. NISSENBERG
                                                 Attorneys for Plaintiffs
24                                               SALWA SANANY ALAUBALI and BARAKA
                                                 SANANY, as Guardian ad
25                                               Litem for BASIL ALAUBALI, a minor,
                                                 AMIRAH ALAUBALI, a minor, and BADER
26                                               ALAUBALI, a minor

27

28   [1] On August 21, 2007, the Court's website indicated that Judge Armstrong's next available hearing date was
     October 2, 2007.

                                                      2
     STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE
     DEADLINE AND EXPERT DISCOVERY CUT-OFF DATE                          No. C-06-05787 SBA (JCS)

**ORDER**

Having reviewed the STIPULATION AND ORDER TO CONTINUE MOTION HEARING CUT-OFF AND MSC DEADLINE, and good cause appearing therefore, PURSUANT TO STIPULATION IT IS SO ORDERED:

The Motion Hearing Cut-Off will be moved from October 9, 2007, to the next available hearing date, _October 16, 2007_____, and the Mandatory Settlement Conference will be held between October 18-25, 2007 or at the Court's convenience.

DATED: __9/11/07_____        _____

HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Court Judge

819614

3
STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE          No. C-06-05787 SBA (JCS)
DEADLINE AND EXPERT DISCOVERY CUT-OFF DATE