**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

SALWA SANANY ALAUBALI, *et al.*,

    Plaintiffs,

  v.

RITE AID CORPORATION,

    Defendant.

No. C 06-5787 SBA

**FINAL JUDGMENT**

    In accordance with the Court's Order on the defendant's Motion for Summary Judgment, judgment is granted in favor of the defendant on the claims brought by the plaintiffs. All matters calendared in this action are VACATED. The Clerk shall close the file and terminate any pending matters.

    IT IS SO ORDERED.

Dated: 10/16/07

SAUNDRA BROWN ARMSTRONG
United States District Judge